**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SANAD ALI YISLAM AL-KAZIMI )<br><br>Petitioner, )<br><br>v. )<br><br>JOSEPH R. BIDEN, et al., )<br><br>Respondents. ) | Civil Action No. 05-2386 (RBW) |

## ORDER

In accordance with the oral rulings issued by the Court at the classified status conference held on March 20, 2024, it is hereby

**ORDERED** that, on May 15, 2024, at 10:30 a.m., the parties shall appear before the Court for a classified motion hearing.

**SO ORDERED** this 20th day of March, 2024.

REGGIE B. WALTON
United States District Judge